123 A.3d 1064

COMMONWEALTH of Pennsylvania, Appellee

v.

James Lynn HEFFERMAN, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 7, 2015.

Decided Oct. 16, 2015.

## *ORDER*

PER CURIAM

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**